Jack R. Crais, Hahnville, La., for defendant-appellee.

**·Clarence P. FORET, Sr., and Earl J. Roussel, Plaintiffs-Appellants,**

**v.**

**Charles Connell WILSON, Sheriff, St. Charles Parish, State of Louisiana, Defendant-Appellee.**

No. 83–3237
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 26, 1984.

Rehearing Denied Feb. 23, 1984.

Before GEE, POLITZ, and JOHNSON, Circuit Judges.

PER CURIAM:

Appellant Foret, having bid $2.80 in silver dimes on a foreclosed property requiring a minimum bid of $80,000.00 under Louisiana law, complains to us of the refusal of the foreclosing authority to deed the property to him and of the dismissal of his complaint by the district court. His argument, that only gold and silver coin may be constituted legal tender by the United States, is hopeless and frivolous, having been rejected finally by the United States

Supreme Court one hundred years ago. *Juilliard v. Greenman,* 110 U.S. 421, 4 S.Ct. 122, 28 L.Ed. 204 (1884).

AFFIRMED.